# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10896

United States Court of Appeals
Fifth Circuit

**FILED**

May 1, 2014

Lyle W. Cayce
Clerk

GERALD REYELTS; BEATRIZ REYELTS,

Plaintiffs - Appellees

v.

CARY JAY CROSS; CARY J. CROSS, P.C.; LON SMITH & ASSOCIATES, INCORPORATED; A-1 SYSTEMS, INCORPORATED, doing business as Lon Smith Roofing and Construction,

Defendants - Appellants

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CV-112

Before BARKSDALE, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5th Circuit Rule 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.